James S. Knopf (CSBN 178934)
LAW OFFICES OF JAMES S. KNOPF
536 El Camino Real
Redwood City, CA 94063
Tel.: 650-627-9500
Fax: 888-808-5001
jsk@knopflaw.com

Attorneys for Plaintiff Farhad Sabouri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARHAD SABOURI<br><br>        Plaintiff<br><br>    v.<br><br>GMAC MORTGAGE; EXECUTIVE TRUSTEE SERVICES LLC. and DOES 1 TO 100 inclusive<br><br>        Defendants | Case No.: 5:09-CV-04399  LHK<br><br>**ORDER DISMISSING CASE**<br><br> **Fed.R. Civ. P. 41(a)**<br><br>Honorable Lucy H. Koh |

**ORDER**

Having read and considered the Notice of Settlement and Stipulation of Dismissal, and for good cause shown, IT IS HEREBY ORDERED that the ACTION IS DISMISSED WITH PREJUDICE, with each side to bear their own costs. The Clerk shall close the file and terminate any pending motions.

IT IS SO ORDERED.

Dated:  September 7, 2010            By: _/s/ Lucy H. Koh_

UNITED STATES DISTRICT JUDGE

Case No.: 5:09-CV-04399  LHK
ORDER DISMISSING CASE